1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

ERIC C. R. KNAPP,

No.  2:16-cv-2983 CKD P

12

Petitioner,

13

v.

ORDER

14

UNKNOWN,

15

Respondent.

16
17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to either submit the appropriate affidavit in support of a request

21   to proceed in forma pauperis or submit the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated:  December 29, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
knap2983.101a

2