1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ERIC CHARLES RODNEY KNAPP,              No.  2:16-cv-2983 JAM CKD P

12                   Petitioner,

13          v.                                FINDINGS AND RECOMMENDATIONS

14   UNKNOWN,

15                   Respondent.

16

17          By order filed January 30, 2017, the petition in this action was dismissed due to several

18   flaws, and petitioner was granted thirty days to file an amended petition.  Petitioner was advised

19   that failure to timely amend would result in a recommendation of dismissal.  The thirty day period

20   has now expired, and petitioner has not filed an amended petition.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25   after being served with these findings and recommendations, petitioner may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

27   /////

28   ////

                                                  1

1  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

2  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

3  F.2d 1153 (9th Cir. 1991).

4  Dated:  March 15, 2017

5  _____

6  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

7

8

9  2/knap2983.fta.hab

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28